IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :     CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)     :     MDL 875
                                  :
DARYL ESTON YOUMANS               :

FILED

    Plaintiff                     :
                                  SEP - 6 2011
                                  :     CIVIL ACTION
                                  :     No.  09-74356
    v.                            MICHAEL E. KUNZ, Clerk
                                  By_____Dep. Clerk
                                  :
CSX TRANSPORTATION, INC.,         :     Transferred from the Southern
                                  :     District of Georgia
                                  :     91-00221
    Defendant.                    :

## O R D E R

**AND NOW**, this **1st** day of **September, 2011** it is hereby

**ORDERED** that the Report and Recommendation issued by United

States Magistrate Judge M. Faith Angell (doc. no. 15), filed on

August 10, 2011, as to Defendant CSX Transportation, Inc.'s

Motion for Summary Judgment (doc. no. 12) is **ADOPTED**.[1]

It is further **ORDERED** that Defendant CSX Transportation,

Inc.'s Motion for Summary Judgment (doc. no. 12) is **GRANTED**.

Plaintiff has not obtained admissible diagnostic reports of

asbestos-related injury and, therefore, has no competent medical

or causation evidence to support his FELA claim.

It is further **ORDERED** that this case be transferred to the

bankruptcy-only docket and be marked **CLOSED**.

-------------------------------

[1]     No objections were filed within fourteen (14) days as
provided for by Local Rule of Civil Procedure 72.1.

1

Case No.   09-74356

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**