IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL 875 |
| DARYL ESTON YOUMANS | : : | |
| Plaintiff | : : | |
| v. | : : | CIVIL ACTION No. 09-74356 |
| CSX TRANSPORTATION, INC., | : : : : | Transferred from the Southern District of Georgia 91-00221 |
| Defendant. | : | |

*FILED SEP - 6 2011 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk*

## O R D E R

**AND NOW,** this **1st** day of **September, 2011** it is hereby **ORDERED** that the Report and Recommendation issued by United States Magistrate Judge M. Faith Angell (doc. no. 15), filed on August 10, 2011, as to Defendant CSX Transportation, Inc.'s Motion for Summary Judgment (doc. no. 12) is **ADOPTED.**[1]

It is further **ORDERED** that Defendant CSX Transportation, Inc.'s Motion for Summary Judgment (doc. no. 12) is **GRANTED.** Plaintiff has not obtained admissible diagnostic reports of asbestos-related injury and, therefore, has no competent medical or causation evidence to support his FELA claim.

It is further **ORDERED** that this case be transferred to the bankruptcy-only docket and be marked **CLOSED.**

---

[1]     No objections were filed within fourteen (14) days as provided for by Local Rule of Civil Procedure 72.1.

1

Case 2:09-cv-74356-ER   Document 16   Filed 09/06/11   Page 2 of 2

Case No. 09-74356

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

2